



# MEMORANDUM OPINION

No. 04-11-00409-CV

Daniel **KELLY**, a Minor, by and through Danielle Kelly as Parent and Next Friend,
Appellant

v.

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD.** d/b/a Methodist
Hospital f/k/a Southwest Texas Methodist Hospital, Anne Elizabeth Shackelford, R.N., Leslie
Ann Ahrens, R.N., Christine Rudolph Honroe, M.D. and Charles R. Honroe, M.D., P.A.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CI-13512
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  August 10, 2011

DISMISSED FOR WANT OF JURISDICTION

On July 11, 2011, appellant filed in this court a copy of trial court orders granting appellant's motions for new trial and setting aside the orders and judgments in the underlying case that is the subject of this appeal.

Because "the general rule . . . is that an appeal may be taken only from a final judgment," *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001), we ordered appellant to show

cause in writing by July 25, 2011, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We warned appellant that if he did not timely provide written proof as ordered, the appeal would be dismissed. *See id.* In his July 26, 2011 response to this court's July 15, 2011 order, appellant admits there is not a final judgment in this case. Thus, we must dismiss this appeal. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. Costs of this appeal are taxed against appellant.

PER CURIAM